UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**Plaintiff(s):** Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling

**Defendant(s):** LegalZoom.com, Inc.

County of Residence: Cole

County of Residence: Outside State of Missouri

County Where Claim For Relief Arose: Cole

Plaintiff's Atty(s):

**Timothy Van Ronzelen** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Cook, Vetter, Doerhoff & Landwehr, PC**
**231 Madison**
**Jefferson City, Missouri  65101**
**573-635-7977**

**Matthew A. Clement** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Cook, Vetter, Doerhoff & Landwehr, PC**
**231 Madison**
**Jefferson City, Missouri  65101**
**573-635-7977**

**Kari A. Schulte** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Cook, Vetter, Doerhoff & Landwehr, PC**
**231 Madison**
**Jefferson City, Missouri  65101**
**573-635-7977**

**Edward D. Robertson** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Bartimus, Frickleton, Robertson & Gorny**
**715 Swifts Highway**
**Jefferson City, Missouri  65109**
**573-659-4494**

Defendant's Atty(s):

**John Michael Clear** ( LegalZoom.com, Inc. )
**Bryan Cave LLP**
**211 North Broadway, Suite 3600**
**St. Louis, Missouri  63102**
**314-259-2000**

**Michael Biggers** ( LegalZoom.com, Inc. )
**Bryan Cave LLP**
**211 North Broadway, Suite 3600**
**St. Louis, Missouri  63102**
**314-259-2000**

**James Wyrsch** ( LegalZoom.com, Inc. )
**Bryan Cave LLP**
**211 North Broadway, Suite 3600**
**St. Louis, Missouri  63102**
**314-259-2000**

**Robert Thompson** ( LegalZoom.com, Inc. )
**Bryan Cave LLP**
**1200 Main Street, Suite 3500**
**Kansas City, Missouri  64105**
**816-374-3200**

**Mary Doerhoff Winter** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Bartimus, Frickleton, Robertson & Gorny**
**715 Swifts Highway**
**Jefferson City, Missouri  65109**
**573-659-4494**

**James Wicks** ( LegalZoom.com, Inc. )
**Bryan Cave LLP**
**1200 Main Street, Suite 3500**
**Kansas City, Missouri  64105**
**816-374-3200**

**David T. Butsch** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Butsch Simeri Fields LLC**
**231 South Bemiston Ave., Suite 260**
**Clayton, Missouri  63105**
**314-863-5700**

**James T. Simeri** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Butsch Simeri Fields LLC**
**231 South Bemiston Ave., Suite 260**
**Clayton, Missouri  63105**
**314-863-5700**

**Randall O. Barnes** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**Randall O. Barnes & Associates**
**219 East Dunklin Street, Suite A**
**Jefferson City, Missouri  65101**
**573-634-8884**

**Steven E. Dyer** (Todd Janson ; Gerald T. Ardrey ; Chad M. Ferrell ; C & J Remodeling )
**10805 Sunset Office Dr., Suite 300**
**St. Louis, Missouri  63127**
**314-898-6715**

---

**REMOVAL FROM COLE COUNTY, CASE #09AC-CC00737**

II. Basis of Jurisdiction:          **4. Diversity (complete item III)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **1 Citizen of This State**
                    Defendant:- **5 Non MO corp and Principal place of Business outside MO**

IV. Origin :            **2. Removed From State Court**

<u>V. Nature of Suit</u>:  **190 Other Contract**

<u>VI.Cause of Action:</u>  **Removal--28 U.S.C. §§ 1332(d) and 1453**

<u>VII. Requested in Complaint</u>

    Class Action:
    Dollar Demand: **Over $5,000,000 (Five Million Dollars)**
    Jury Demand: **Yes**

---

**Signature:** <u>John Michael Clear</u>

  **Date:** <u>Feb. 5, 2010</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**  Revised: 05/09/06