# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| TODD JANSON, GERALD T. ARDREY, CHAD M. FERRELL, and C & J REMODELING, on behalf of themselves and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>LEGALZOOM.COM, INC.,<br><br>                      Defendants. | Case No. 2:10-cv-04018-NKL |

## NOTICE TO THE PLAINTIFFS

PLEASE TAKE NOTICE that on the 5th day of February, 2010, Defendant LegalZoom.com, Inc., filed in the United States District Court for the Western District of Missouri a Notice of Removal in the above entitled action to remove said action to the United States District Court for the Western District of Missouri, a true and correct copy of which is attached hereto as Exhibit 1 and filed herewith, pursuant to provisions of §1446(d) of Title 28 of the United States Code.

3304163

1

Dated: February 5, 2010                    Respectfully submitted,

                                                 BRYAN CAVE LLP

                                                 By: /s/ John Michael Clear

                                               John Michael Clear
                                               Michael Biggers
                                               James Wyrsch
                                               One Metropolitan Square – Suite 3600
                                               211 North Broadway
                                               St. Louis, MO 63102
                                               Tel.: (314) 259-2000
                                               Fax: (314) 259-2020

                                               Robert Thompson
                                               James Wicks
                                               One Kansas City Place
                                               1200 Main Street, Suite 3500
                                               Kansas City, MO 64105
                                               Tel.: (816) 374-3200
                                               Fax: (816) 374-3300

                                               *Attorneys for LegalZoom.com, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 5, 2010, the foregoing was served by overnight mail on the individuals listed below and electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

Timothy Van Ronzelen
Matthew A. Clement
Kari A. Schulte
COOK, VETTER, DOERHOFF &
LANDWEHR, PC
231 Madison
Jefferson City, MO 65101
tvanronzelen@cvdl.net
mclement@cvdl.net
kschulte@cvdl.net

David T. Butsch
James J. Simeri
Mathew R. Fields
Butsch Simeri Fields LLC
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
butsch@bsflawfirm.com
simeri@bsflawfirm.com
fields@bsflawfirm.com

Edward D. Robertson, Jr.
Mary Doerhoff Winter
BARTIMUS, FRICKLETON, ROBERTSON
& GORNY
715 Swifts Highway
Jefferson City, MO 65109
chiprob@earthlink.net
marywinter@earthlink.net

Randall O. Barnes
RANDALL O. BARNES & ASSOCIA1ES
219 East Dunklin Street, Suite A.
Jefferson City, Missouri 65101
rbarnesjclaw@aol.com

Steven E. Dyer
10805 Sunset Office Drive, Suite 300
St. Louis, MO 63127
jdcpamba@gmail.com

            /s/ John Michael Clear