IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TODD JANSON, GERALD T. ARDREY, CHAD M. FERRELL, and C & J REMODELING, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEGALZOOM.COM, INC.,<br><br>Defendant. | Case No. 2:10-cv-04018-NKL |

## UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL

Defendant LegalZoom, Inc. ("LegalZoom"), respectfully requests that the Court grant LegalZoom leave to file under seal the Declaration of Edward R. Hartman submitted as a separate part of LegalZoom's Notice of Removal ("Hartman Declaration on Removal"). The Hartman Declaration on Removal contains proprietary trade secrets and confidential commercial information.

1. On December 17, 2009, Plaintiff Todd Janson commenced this action by filing a petition against LegalZoom in the Circuit Court of Cole County, Missouri, captioned *Todd Janson on behalf of Himself and all Missourians similarly Situated v. LegalZoom, Inc.*, No. 09AC-CC00737. On January 15, 2009, Mr. Janson and additional Plaintiffs Gerald T. Ardrey, Chad M. Ferrell and C & J Remodeling LLC filed an Amended Class-Action Petition captioned *Todd Janson, Gerald T. Ardrey, Chad M. Ferrell and C & J Remodeling LLC, on behalf of themselves and on behalf of all others similarly situated v. Legalzoom.com, Inc.*, No. 09AC-CC00737 ("Amended Petition"). In the Amended Petition, Plaintiffs seek to represent a class

1

consisting of "[a]ll persons or entities in the state of Missouri that paid fees to LegalZoom for the preparation of legal documents from December 18, 2004 to the present."

2. On February 5, 2010, LegalZoom timely removed the case to this Court. This Court has jurisdiction over the Amended Petition pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

3. On February 3, 2010, Edward R. Hartman, LegalZoom's Chief Strategy Officer, executed the Hartman Declaration on Removal, in which he provided, based on personal knowledge, information demonstrating that the amount in controversy over the five-year period applicable to the case exceeds the $5,000,000 required by CAFA, and that the number of Missouri residents who paid fees to LegalZoom over that period exceeds the 100 represented persons required by CAFA.

4. As is set forth more fully in the accompanying Suggestions in Support of Unopposed Motion to File Under Seal, the information contained in the Hartman Declaration on Removal is proprietary and confidential to LegalZoom and constitutes LegalZoom's trade secrets and confidential commercial information.

5. Federal Rule of Civil Procedure 26(c)(1)(G) empowers district courts to protect trade secrets and other proprietary and confidential commercial information from disclosure to third parties. Among the ways such information is protected is to permit it to be filed under seal.

6. The Hartman Declaration on Removal contains information of the type commonly protected by Rule 26(c)(1)(G).

7. Counsel for Plaintiffs does not oppose this motion.

WHEREFORE, LegalZoom respectfully requests that the Court grant LegalZoom leave to file the Hartman Declaration on Removal under seal.

Dated: February 5, 2010 Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ John Michael Clear

John Michael Clear
Michael G. Biggers
James R. Wyrsch
One Metropolitan Square – Suite 3600
211 North Broadway
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
jmclear@bryancave.com
mgbiggers@bryancave.com
james.wyrsch@bryancave.com

Robert M. Thompson
James T. Wicks
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
rmthompson@bryancave.com
james.wicks@bryancave.com

ATTORNEYS FOR DEFENDANT
LEGALZOOM.COM, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2010, the foregoing was served by overnight mail on the individuals listed below and electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

Timothy Van Ronzelen
Matthew A. Clement
Kari A. Schulte
COOK, VETTER, DOERHOFF &
LANDWEHR, PC
231 Madison
Jefferson City, MO 65101
tvanronzelen@cvdl.net
mclement@cvdl.net
kschulte@cvdl.net

David T. Butsch
James J. Simeri
Mathew R. Fields
BUTSCH SIMERI FIELDS LLC
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
butsch@bsflawfirm.com
simeri@bsflawfirm.com
fields@bsflawfirm.com

Edward D. Robertson, Jr.
Mary Doerhoff Winter
BARTIMUS, FRICKLETON, ROBERTSON
& GORNY
715 Swifts Highway
Jefferson City, MO 65109
chiprob@earthlink.net
marywinter@earthlink.net

Randall O. Barnes
RANDALL O. BARNES & ASSOCIATES
219 East Dunklin Street, Suite A.
Jefferson City, Missouri 65101
rbarnesjclaw@aol.com

Steven E. Dyer
10805 Sunset Office Drive, Suite 300
St. Louis, MO 63127
jdcpamba@gmail.com


/s/ John Michael Clear