IN THE CIRCUIT COURT
OF COLE COUNTY, STATE OF MISSOURI

FILED
FEB 0 5 2010
BRENDA A. UMSTATTD
CLERK CIRCUIT COURT
COLE COUNTY, MISSOURI

| | |
|---|---|
| TODD JANSON, GERALD T. ARDREY, CHAD M. FERRELL, and C & J REMODELING, on behalf of themselves and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 09AC-CC00737 |
| v. | |
| LEGALZOOM.COM, INC., | |
| Defendants. | |

### NOTICE TO STATE COURT OF REMOVAL

PLEASE TAKE NOTICE that on the 5th day of February, 2010, Defendant LegalZoom.com, Inc., filed in the United States District Court for the Western District of Missouri a Notice of Removal in the above entitled action to remove said action to the United States District Court for Western District of Missouri, a true and correct copy of which is attached hereto as Exhibit 1 and filed herewith, pursuant to provisions of §1446(d) of Title 28 of the United States Code.

1

Dated: February 5, 2010                    Respectfully submitted,

                                           BRYAN CAVE LLP

                                           By: _____
                                           John Michael Clear
                                           Michael Biggers
                                           James Wyrsch
                                           One Metropolitan Square, Suite 3600
                                           211 North Broadway
                                           St. Louis, MO 63102
                                           Tel.: (314) 259-2000
                                           Fax: (314) 259-2020

                                           Robert Thompson
                                           James Wicks
                                           One Kansas City Place
                                           1200 Main Street, Suite 3500
                                           Kansas City, MO 64105
                                           Tel.: (816) 374-3200
                                           Fax: (816) 374-3300

                                           *Attorneys for LegalZoom.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2010, a copy of the foregoing Notice to State Court of Removal was served upon plaintiff's counsel by electronic mail and first class mail, postage prepaid addressed as follows:

Timothy Van Ronzelen
Matthew A. Clement
Kari A. Schulte
COOK, VETTER, DOERHOFF &
LANDWEHR, PC
231 Madison
Jefferson City, MO 65101
tvanronzelen@cvdl.net
mclement@cvdl.net
kschulte@cvdl.net

David T. Butsch
James J. Simeri
Mathew R. Fields
Butsch Simeri Fields LLC
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
butsch@bsflawfirm.com
simeri@bsflawfirm.com
fields@bsflawfirm.com

*Attorneys for Plaintiffs*

Edward D. Robertson, Jr.
Mary Doerhoff Winter
BARTIMUS, FRICKLETON,
ROBERTSON
& GORNY
715 Swifts Highway
Jefferson City, MO 65109
chiprob@earthlink.net
marywinter@earthlink.net

Randall O. Barnes
RANDALL O. BARNES & ASSOCIA1ES
219 East Dunklin Street, Suite A.
Jefferson City, Missouri 65101
rbarnesjclaw@aol.com

Steven E. Dyer
10805 Sunset Office Drive, Suite 300
St. Louis, MO 63127
jdcpamba@gmail.com

