IN THE CIRCUIT COURT
OF COLE COUNTY, STATE OF MISSOURI


FILED
FEB 0 5 2010
BRENDA A. UMSTATTD
CLERK CIRCUIT COURT
COLE COUNTY, MISSOURI

TODD JANSON, GERALD T. ARDREY, CHAD M. FERRELL, and C & J REMODELING, on behalf of themselves and on behalf of all others similarly situated,

Plaintiff,

v.

LEGALZOOM.COM, INC.,

Defendants.

Case No. 09AC-CC00737

## ACKNOWLEDGMENT OF FILING OF NOTICE OF REMOVAL WITH CLERK OF STATE COURT

The undersigned Deputy Clerk acknowledges that on February 5, 2010, a copy of the Notice of Removal of this action was filed with the Clerk of the Nineteenth Judicial Circuit Court, Cole County, State of Missouri.

Dated this 5th day of February, 2010.

_____
Deputy Clerk, Circuit Court of Cole County,
State of Missouri