UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| TODD JANSON, et al., on behalf of themselves and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:10-cv-04018-NKL |
| LEGALZOOM.COM, INC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

James J. Simeri of the law firm Butsch Simeri Fields LLC enters and gives notice of his appearance on behalf of Plaintiffs.

/s/ James J. Simeri
James J. Simeri, #52506
BUTSCH SIMERI FIELDS LLC
231 S. Bemiston Ave., Ste. 260
Clayton, MO 63105
314.863.5700
314.863.5711 (fax)
simeri@bsflawfirm.com

## CERTIFICATE OF SERVICE

I certify that on February 9, 2010, I filed the foregoing with the Clerk of the Court using the CM/ECF system. The system sent notification of this filing to the following:

| Party | Counsel |
| --- | --- |
| Defendant LegalZoom.com, Inc. | John Michael Clear<br>Michael Biggers<br>James Wyrsch<br>Bryan Cave LLP<br>One Metropolitan Square – Ste. 3600<br>211 N. Broadway<br>St. Louis, MO 63102<br>314.250.2000, 314.259.2020 (fax)<br>jmclear@bryancave.com |

/s/ James J. Simeri