UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TODD JANSON, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10-04018-CV-C-NKL |
| | ) |
| LEGALZOOM.COM, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Come now, Plaintiffs, by and through counsel, and for their Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56, state as follows:

1.  One of the issues raised in Plaintiffs' Complaint is whether the documents sold by LegalZoom.com, Inc. ("LegalZoom") are within the definitions found in Missouri's Unauthorized Practice of Law statues (§§ 484.010-.020, RSMo), which state in part that documents come within the Unauthorized Practice of Law statutes if they affect or relate to "secular rights."

.  As more completely set forth in the Suggestions in Support of this Motion, this straightforward and narrow legal question is appropriate for summary judgment.

3.  The uncontroverted material facts and reasons supporting why this Motion should be granted are more fully set forth in the Suggestions in Support of this Motion, which are filed contemporaneously herewith and are incorporated herein by this reference.

WHEREFORE, Plaintiffs respectfully request this Court grant their Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on the issue of whether the

1

documents at issue in this case affect or relate to secular rights, in addition to such other and further relief as this Court deems just and proper under the circumstances.

   /s/ Timothy W. Van Ronzelen
Timothy Van Ronzelen, #44382
Matthew A. Clement, #43833
Kari A. Schulte, #57739
COOK, VETTER, DOERHOFF & LANDWEHR
231 Madison
Jefferson City, Missouri 65101
Telephone: 573-635-7977
Facsimile: 573-635-7414
tvanronzelen@cvdl.net
mclement@cvdl.net
kschulte@cvdl.net

and

| | |
|---|---|
| Edward D. Robertson, Jr., # 27183 | David T. Butsch, # 37539 |
| Mary Doerhoff Winter, # 38328 | James J. Simeri, #52506 |
| BARTIMUS, FRICKLETON, ROBERTSON & GORNY | BUTSCH SIMERI FIELDS LLC |
| 715 Swifts Highway | 231 S. Bemiston Ave., Ste. 260 |
| Jefferson City, MO 65109 | Clayton, MO 63105 |
| Telephone: 573-659-4454 | Telephone: 314-863-5700 |
| Facsimile: 573 659-4460 | Facsimile: 314-863-5711 |
| chiprob@earthlink.net | butsch@bsflawfirm.com |
| marywinter@earthlink.net | simeri@bsflawfirm.com |
| | |
| Randall O. Barnes, #39884 | Steven E. Dyer, #45397 |
| RANDALL O. BARNES & ASSOCIATES | LAW OFFICES OF STEVEN DYER |
| 219 East Dunklin Street, Suite A | 10850 Sunset Office Drive, Ste. 300 |
| Jefferson City, Missouri 65101 | St. Louis, MO 63127 |
| Telephone: 573-634-8884 | Telephone: 314-898-6715 |
| Facsimile: 573-635-6291 | jdcpamba@gmail.com |
| rbarnesjclaw@aol.com | |

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on April 8, 2011, I served this paper upon the following via this Court's ECF system:

| Party | Counsel |
|---|---|
| Defendant LegalZoom.com, Inc. | Robert M. Thompson<br>James T. Wicks<br>BRYAN CAVE LLP<br>One Kansas City Place<br>1200 Main Street, Ste. 3500<br>Kansas City, MO 64105<br>816.374.3200, 816.374.3300 (fax)<br><br>John Michael Clear<br>Michael Biggers<br>James Wyrsch<br>BRYAN CAVE LLP<br>One Metropolitan Square – Ste. 3600<br>211 N. Broadway<br>St. Louis, MO 63102<br>314.250.2000, 314.259.2020 (fax) |

   /s/Timothy W. Van Ronzelen

3