IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TODD JANSON, GERALD T. ARDREY, CHAD M. FERRELL, and C & J REMODELING, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEGALZOOM.COM, INC.,<br><br>Defendant. | Case No. 2:10-cv-04018-NKL |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties jointly move the Court for an extension of time of four (4) days in which to file the motion for preliminary approval of settlement in this case, until Tuesday September 27, 2011.

1. On August 12, 2011, the parties informed the Court that a settlement had been reached in this case. In a Minute Sheet entered August 12, 2011, the Court set a date of September 23, 2011 for filing of a motion for preliminary approval of the settlement. (Doc. 192.)

2. The Settlement Agreement involves a number of complex issues, including differing levels of compensation to class members depending on when their transactions took place and prospective changes to defendant's business practices. The parties have diligently negotiated the terms of the Agreement and exhibits, including various forms of notice. A few provisions require additional time and effort to finalize. The parties believe they are close to

final resolution of all issues and are confident they will be able to file a motion for preliminary approval of settlement within the extended time requested.

       3.      Neither party has previously requested an extension of time in which to file the motion for preliminary approval of settlement. This joint request for an extension of time is not made for purposes of delay and will not result in prejudice to any party.

For all the foregoing reasons, the parties respectfully request that the Court enter an Order granting this joint motion and extending the time in which to file a motion for preliminary approval of settlement in this case by four (4) days until September 27, 2011.

Respectfully submitted,

| **COOK, VETTER, DOERHOFF & LANDWEHR, PC** | **BRYAN CAVE LLP** |
|---|---|
| By: /s/ Matthew A. Clement | By: /s/ Robert M. Thompson |
| Timothy Van Ronzelen  MO #44382 | Robert M. Thompson  MO #38156 |
| Matthew A. Clement  MO #43833 | James T. Wicks  MO #60409 |
| Kari A. Schulte  MO #57739 | One Kansas City Place |
| 231 Madison | 1200 Main Street, Suite 3500 |
| Jefferson City, Missouri 65101 | Kansas City, Missouri 64105 |
| | |
| David T. Butsch  MO #37539 | Michael G. Biggers  MO #25834 |
| James J. Simeri  MO #52506 | James R. Wyrsch  MO #24694 |
| BUTSCH SIMERI FIELDS LLC | One Metropolitan Square -- Suite 3500 |
| 231 South Bemiston Ave., Suite 260 | 211 North Broadway |
| Clayton, Missouri 63105 | St. Louis, Missouri 63102 |
| | |
| Edward D. Robertson, Jr.  MO #27183 | ATTORNEYS FOR LEGALZOOM.COM, INC. |
| Mary Doerhoff Winter  MO #38328 | |
| BARTIMUS, FRICKLETON, ROBERTSON & GORNY | |
| 715 Swifts Highway | |
| Jefferson City, Missouri 65109 | |
| | |
| Randall O. Barnes | |
| RANDALL O. BARNES & ASSOCIATES | |
| 219 East Dunklin Street, Suite A | |
| Jefferson City, Missouri 65101 | |
| | |
| Steven E. Dyer | |
| LAW OFFICES OF STEVEN DYER | |
| 10805 Sunset Office Drive, Suite 300 | |
| St. Louis, Missouri 63127 | |
| | |
| ATTORNEYS FOR PLAINTIFFS | |